IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BRUCE HATTRICK, )
)
        Petitioner, )
) Civil No. 07-3082-TC
v. )
) ORDER
CHARLES DANIELS, )
)
        Respondent. )
_____)

    Magistrate Judge Thomas M. Coffin filed Findings and Recommendation on March 12, 2008, in the above entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the magistrate judge's report. See 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

1    - ORDER

Petitioner has timely filed objections. I have, therefore, given <u>de novo</u> review of Magistrate Judge Coffin's rulings.

I find no error. Accordingly, I ADOPT Magistrate Judge Coffin's Findings and Recommendation filed March 12, 2008, in its entirety. Petitioner's petition (#1) is denied on the ground that it fails to state a claim cognizable under 28 U.S.C. §2241. This proceeding is dismissed.

IT IS SO ORDERED.

DATED this 21st day of April, 2008.

_____
UNITED STATES DISTRICT JUDGE